JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT JOHNNY AVALOS, | Case No. EDCV10-1121-JAK (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| L.S. McEWEN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

Dated: November 14, 2012

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE