JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VINCENT JOHNNY AVALOS, | ) | Case No. EDCV10-1121-JAK (DTB) |
| Petitioner, | ) ) | |
| vs. | ) ) | **J U D G M E N T** |
| L.S. McEWEN, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

Dated: November 14, 2012

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE