JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT JOHNNY AVALOS, <br> Petitioner, <br> vs. <br> STU SHERMAN, Warden, <br> Respondent. | Case No. EDCV 10-01121-JAK (DTB) <br><br> **JUDGMENT** |

On November 14, 2012, the Court denied the Petition for Writ of Habeas Corpus. The Court has granted petitioner relief pursuant to Federal Rule of Civil Procedure 60(b)(6), and vacated the November 14, 2012 Judgment. The Court hereby enters a new judgment dismissing the Petition with prejudice.

The Clerk shall serve a copy of this Order on all counsel and petitioner.

IT IS SO ORDERED and ADJUDGED.

DATED: 03/09/2015

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE